UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 89CR0099-E |
|---|---|
| Plaintiff, | **ORDER AND JUDGMENT TO DISMISS INDICTMENT** |
| v. | |
| RIGOBERTO CORRALES-BARRAZA, | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing, IT IS HEREBY ORDERED that the above-entitled Indictment charging RIGOBERTO CORRALES-BARRAZA with violating 8 U.S.C. § 1160 – False Statement in Amnesty Application, returned by the Grand Jury on February 1, 1989, be dismissed without prejudice. [# 8] IT IS FURTHER ORDERED that the Warrant for Arrest of RIGOBERTO CORRALES-BARRAZA for Failure to Appear, issued on February 17, 1989, is hereby recalled. [# 14]

IT IS SO ORDERED.

DATED: March 25, 2013

_____
WILLIAM B. ENRIGHT, Judge
United States District Court

89CR99]